**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW SESSA,

                      Plaintiff,                      **ORDER**

              -against-                     **24-CV-10011 (PAE) (JW)**

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,

                      Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the stipulated voluntary dismissal against Defendant TransUnion, LLC (see Dkt. No. 33), the initial case management conference scheduled for October 6, 2025 at 11:00 AM is adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
               August 27, 2025

                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge