UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW SESSA,

                           Plaintiff,

        -v-

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, *and*
TRANSUNION, LLC,

                          Defendants.

24 Civ. 10011 (PAE) (JW)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Per the voluntary dismissals of plaintiff's claims as to all defendants, *see* Dkts. 29, 30 & 33, the Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: August 29, 2025
       New York, New York